

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARTER, | Case No.: 1:16-cv-01202-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MICHAEL CARTER, CDCR # AW-1743 |
| J. UHLIK, et al., | |
| Defendants. | [ECF No. 14] |

A settlement conference in this matter commenced on June 9, 2017, inmate Michael Carter, CDCR #AW-1743, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: **June 9, 2017**

UNITED STATES MAGISTRATE JUDGE

1