UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARTER,<br><br>  Plaintiff,<br><br>  v.<br><br>J. UHLIK, et al.,<br><br>  Defendants. | No. 1:16-cv-01202-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO RESCIND SETTLEMENT AGREEMENT<br><br>(Doc. Nos. 20, 21) |

Plaintiff pursued this civil rights action pro se and *in forma pauperis* pursuant to 42 U.S.C. § 1983. On June 15, 2017, the parties filed a stipulation of dismissal with prejudice and the case was closed on that same date. (Doc. Nos. 18, 19.) On June 19, 2017, plaintiff filed a motion to rescind the settlement agreement. (Doc. No. 20.) On June 21, 2017, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to rescind the settlement agreement be denied. (Doc. No. 21.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days. To date, no objections have been filed and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations issued June 21, 2017 (Doc. No. 21) are adopted in full; and
2. Plaintiff's motion to rescind the settlement agreement (Doc. No. 20) is denied.

IT IS SO ORDERED.

Dated: __**December 2, 2017**__   *[signature: Dale A. Drozd]*
UNITED STATES DISTRICT JUDGE